**Order entered December 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01055-CV

### VIRTUOLOTRY, LLC AND RICHARD BOYD, Appellants

### V.

### WESTWOOD MOTORCARS, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14833**

## ORDER

Appellant, Virtuolotry, LLC, has filed a suggestion of bankruptcy informing the Court it has filed a petition for relief under chapter 11 of title 11 of the United States Code. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE